## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 18, 2006*

[Cite as *08/18/2006 Case Announcements,* 2006-Ohio-4276.]

### MOTION AND PROCEDURAL RULINGS

2006–1554.   Gensley v. Eberlin.

In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court, sua sponte, that the writ is allowed. Allowing the writ means only that a return is ordered.

IT IS FURTHER ORDERED that respondent shall file a return of writ within three days of service of the petition, and petitioner may file a response within three days after the return is filed. Respondent shall provide a copy of the return to the petitioner on the same date that the return is filed. Petitioner's physical presence before the court is not required.

### MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2006–1384.   Shiloh Automotive, Inc. v. Wilkins.

Board of Tax Appeals, Nos. 2004–M–380 and 2004–M–1283.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 21, 2006*

[Cite as *08/21/2006 Case Announcements,* 2006-Ohio-4291.]

### MERIT DECISIONS WITHOUT OPINIONS

2006–1368.   State ex rel. Stohlman v. Green.

In Mandamus and Prohibition. On respondents' answers. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

### MOTION AND PROCEDURAL RULINGS

2006–1055.   State ex rel. Rashada v. Pianka.

Cuyahoga App. No. 87450, 2006-Ohio-2584. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's second and third motions for temporary restraining order,

IT IS ORDERED by the court that the motions are denied.

2006–1444.   State v. Pounds.

Montgomery App. No. 21257, 2006-Ohio-3040. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay of the court of appeals' decision,

IT IS ORDERED by the court that the motion is denied.